**FILED**

MAR – 7 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2   Name: SWAFFORD _____ LEE _____

3        *(Last)*               *(First)*               *(Middle Initial)*

4   Prisoner Number: D-25499 _____

5   Institutional Address: P.O. Box 4000, CJ4-10-1L

6              Vacaville, California 95696

7

8        **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA**

10   SWAFFORD, LEE _____ )
   *(Enter your full name.)*        ) **CV 19 1250**

11                      )

12             vs.         ) Case No._____  **JSC**
                   ) *(Provided by the clerk upon filing)*

13   R. NEUSHMID, WARDEN, T. WAMBLE, )
AW, DR. JASON ROHRER, R.N. OLLER, ) **COMPLAINT UNDER THE**
**CIVIL RIGHTS ACT,**

14   C/O BUCKER, C/O JOHNSON _____ ) **42 U.S.C. § 1983** **(PR)**

15   *(Enter the full name(s) of the defendant(s) in this action.)* )

16                      )

17   **I. Exhaustion of Administrative Remedies.**

18   *Note: You must exhaust available administrative remedies before your claim can go*

19        *forward. The court will dismiss any unexhausted claims.*

20   A.   Place of present confinement CSP-Solano _____ CA

21   B.   Is there a grievance procedure in this institution?   YES ☒   NO ☐

22   C.   If so, did you present the facts in your complaint for review through the grievance

23       procedure?   YES ☒   NO ☐

24   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each

25       level of review. If you did not pursue any available level of appeal, explain why.

26         1. Informal appeal: See, Exhibit (A) _____

27         _____

28         _____

1      2. First formal level: _Exhibit (A)_

2

3

4      3. Second formal level: _Institutional level Response_

5      _See Exhibit (B)_

6

7      4. Third formal level: _Exhausted Headquarter's_

8      _level respone on November 7 2018. See_

9      _Exhibit (C)_

10 E.    Is the last level to which you appealed the highest level of appeal available to you?

11        **YES** ☒     **NO** ☐

12 F.    If you did not present your claim for review through the grievance procedure, explain why.

13 _I presented all claims._

14

15

16 **II.**    **Parties.**

17 A.    Write your name and present address.  Do the same for additional plaintiffs, if any.

18 _Lee Swafford_

19 _P.O. Box 4000, C14-10-1L_

20 _Vacaville, California  95696_

21 B.    For each defendant, provide full name, official position and place of employment.

22 _Robert Neuschmid, Warden (A), T. Wamble, AW, Dr._

23 _Jason Rohrer, Doctor, R.N. Amor Oller, 5/0 Buchner,_

24 _5/0 Johnson: California State Prison — Solano,_

25 _P.O. Box 4000, Vacaville, California  95696_

26

27 _See Exhibits (C/D)_

28

PRISONER COMPLAINT (rev. 8/2015)
*Page 2 of 3*

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

As shown in Exhibits (C/E), Plaintiff has had degen-erative disk disease. See, Exhs. (L/M), that shows plaintiff degenerative disk disease in L 3-L-4L-5, and bulging disk. Exhs. (E/F), for on going medical condition. As show in Exh. (E), Plaintiff has had this condition for (10) years. Exhs. (L/M) But, yet plaintiff is still ordered to the top bunk. Due to this on going problems, plaintiff has fell off the bunk due to pain, due to the degenerative disc even being aware of this on going health issues he is still being put on top bunk "TEMPORARY" (Exhs. (H)(I). Now, Plaintiff is again given temorary aid for on go-ing medical conditions. See Exhs (G/H/K/L/M) Also, (C/D)

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes. Punitive, damages of $2,500,000.00 for their conduct and deter them and others from committing similar acts in the future. Compensat-ion damages of $500,000.00 for injury and mental anguish.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _February 28, 2019_ _____
            Date                Signature of Plaintiff

# EXHIBIT COVER PAGE:

Exhibit _A_

Description of this exhibit: First level responds

Number of pages for this exhibit: _1 of 1_

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES



### Health Care Grievance Assignment Notice
### Institutional Level

**Date:**   May 11, 2018

**To:**   SWAFFORD, LEE (D25499)
#C 014 1010001L
California State Prison – Solano
P. O. Box 4000
Vacaville, CA 95696-4000

**Tracking #:**   SOL HC 18000668

**Appeal Level:**   Institutional

**Due Date:**   7/10/2018

This acts as a notice to you that your grievance has been assigned to the Health Care Grievance Office for response. If you have any questions, please contact the Health Care Grievance Coordinator at your institution.

Your medical condition will continue to be monitored with care provided as determined medically indicated by the Primary Care Provider. If you have additional health care needs, you are advised to utilize the CDC 7362, Health Care Services Request Form, process to access health care services in accordance with California Correctional Health Care Services policy.

S. Ferruolo, SSA
Health Care Grievance Coordinator
Health Care Grievance Office
California State Prison – Solano

# EXHIBIT COVER PAGE:

Exhibit $\mathcal{B}$ _____

Description of this exhibit: Institutional level response (2).

Number of pages for this exhibit: 1 of 3



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institutional Level Response

**Closing Date:**     JUL 1 0 2018

**To:**     SWAFFORD, LEE (D25499)
C 014 1010001L
California State Prison – Solano
P. O. Box 4000
Vacaville, CA 95696-4000

**Tracking #:**   SOL HC 18000668

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; and/or the Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment (Primary Care Provider) | Disagrees with treatment from PCP and new PCP. |
| Issue: | Disagreement with Treatment (Nursing Staff) | Disagrees with treatment from nursing. |
| Issue: | Administrative (Monetary Compensation) | Wants Monetary Compensation in the amount of $1,500,000. |

## INTERVIEW

On July 9, 2018, you were interviewed by RN Baumert, HCARN, regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.     [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:
- On April 28, 2018 you were seen by Dr. Mo for a "fall from bunk". It is noted that there was "no need for outside evaluation" and no apparent significant bone injury. Crutches were given to you and a temporary low bunk chrono.
- On May 1, 2018 you were seen by Dr. Rohrer for a follow up regarding your "fall from bunk". During the encounter, it was explained to you that you do not meet the criterion for a low bunk

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.

Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

chrono. You stated that you will have your answer medical questions for you. The appointment was ended when you refused to cooperate with the doctor's evaluation.

- On May 15, 2018 you were seen by the physical therapist. It is noted that you presented good functional movement, normal gait and good low back/hip strength. It was recommended that your physical therapy sessions be discontinued.
- On May 17, 2018 an X-ray was taken of your lumbar spine. It showed "worsening lower lumbar degenerative disc disease" and no acute fracture identified.
- On May 18, 2018 an X-ray was taken of your cervical spine. It showed "diffused moderate degenerative disc disease" and no acute fracture identified and no traumatic facet malalignment.
- On May 31, 2018 you were evaluated by Dr. Rohrer. It is noted that you do not need any assistive device although you requested a cane. You stated that your neck pain was a "little bit better" but it still hurt. You were advised to continue physical therapy exercises and current medication as needed.
- On June 22, 2018 you were evaluated by Dr. Rohrer. It is noted that he will refer you for a "possible kenelog injection"
- During the interview with RN Baumert you stated that you still are not satisfied with the encounters you have received regarding you fall and that you "just want to exhaust: your 602 HC process so you could send it to the courts.
- While you may refuse most health care, you may not be selective in the choice of providers. Provider assignments are made by institution health care management as dictated by the needs of patients and the institution.
- You alleged negligent care; however, you did not provide documentation to support your allegation and it is refuted by professional health care staff familiar with your clinical history, as well as a review of your health record.
- Monetary compensation is outside the jurisdiction of the health care grievance process.
- The health care grievance was reviewed and evaluated by the reviewing authority and the issue was deemed not to meet staff complaint criteria.
- Per California Code of Regulations, Title 15, Section 3004(a), "Inmates and parolees have the right to be treated respectfully, impartially, and fairly by all employees. Inmates and parolees have the responsibility to treat others in the same manner." Additionally, per the Inmate Medical Services Policies and Procedures, Volume 1, Chapter 11, Patients' Rights Policy, the individual patient's rights are maintained in concurrence with established medical ethics and to preserve the basic human dignity of the patient. Certain rights may be limited by reasonable application of security regulations.
- While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA 95758

If you are dissatisfied with the Institutional Level Response, explain the reason in Section B of the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

N. Largoza, M.D.
Chief Physician & Surgeon
California Correctional Health Care
Services
California State Prison – Solano

Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.

Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

# EXHIBIT COVER PAGE:

Exhibit _C_

Description of this exhibit: _Headquarter's level response (3)._

Number of pages for this exhibit: _1 of 3_

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Headquarters' Level Response

**Closing Date:** NOV 0 8 2018

**To:** SWAFFORD, LEE (D25499)
California State Prison – Solano
P. O. Box 4000
Vacaville, CA 95696-4000

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:** SOL HC 18000668

## RULES AND REGULATIONS

The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment (Primary Care Provider ) | To be reassigned to another PCP for a second opinion. |
| Issue: | Staff Complaints ( Investigation Request ) | Process all CDCR 602 HC grievances against specific medical staff. |
| Issue: | Administrative ( Monetary Compensation ) | Monetary compensation. |
| Issue: | Staff Complaints ( Deliberate Indifference ) | Regarding your serious medical needs. |

## HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.     [ ] Intervention.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

You have received primary care provider evaluation and monitoring for your history of chronic low back pain and trochanteric bursitis. The primary care provider completed assessments, noted review of your history, current symptoms, and laboratory/imaging results, and developed a plan of care, including x-rays of cervical and lumbar spine; trigger point injection; temporary low bunk chrono and cane; physical therapy, including home exercise program; and physical medicine and rehabilitation consultation.

You were most recently seen by the primary care provider on October 5, 2018, for your history of chronic low back pain and trochanteric bursitis. The primary care provider noted you underwent a trigger point injection, which you reported helped. You are currently attending physical therapy (PT) sessions, with your most recent encounter on October 22, 2018. Review of your medication profile indicates active orders for acetaminophen-codeine for pain management.

While you may refuse most health care, you may not be selective in the choice of providers. Provider assignments are made by institution health care management as dictated by the needs of patients and the institution.

Your health care grievance was identified by licensed clinical staff to not meet the criteria for expedited processing per California Code of Regulations, Title 15, Section 3999.228(b)(2) and/or 3999.230(b)(1)(B).

California Correctional Health Care Services takes your complaint against any personnel seriously and all efforts are made to ensure these matters are researched and responded to accordingly. However, it is not in the purview of grievants to dictate administrative actions to be taken in regard to the conduct of the health care grievance review or in regard to disciplinary or adverse action against staff. Further, all such personnel actions are confidential and will not be shared with inmates, staff, or the public.

Per California Code of Regulations, Title 15, Section 3004(a), "Inmates and parolees have the right to be treated respectfully, impartially, and fairly by all employees. Inmates and parolees have the responsibility to treat others in the same manner." Additionally, per the Inmate Medical Services Policies and Procedures, Volume 1, Chapter 11, Patients' Rights Policy, the individual patient's rights are maintained in concurrence with established medical ethics and to preserve the basic human dignity of the patient. Certain rights may be limited by reasonable application of security regulations.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

Monetary compensation is outside the jurisdiction of the health care grievance process.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

_FOR_ S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

NOV. 7, 2018
Reviewed and Signed
Date

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

# EXHIBIT COVER PAGE:

Exhibit __D__

Description of this exhibit: _602 . No. Sol. HC 18000668_

Number of pages for this exhibit: _1 of 2_

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR-0602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Institution: SOL | HC 180006668 Tracking #: |
|---|---|---|---|

P. BAUMERT
Staff Name and Title (Print)     Health Care Appeals RN    Signature                    5-8-18
Date

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First, MI): Swafford, Lee

CDCR #: D-25499   Unit/Cell #: C18-141L

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy. On April 28, 2018, approximately 8:20 a.m., I was getting ready for breakfast when I reached for a cup on my bed, while in the bed reaching I felt a sharp pain in my lower back and right hip area. The next thing I knew I was on the floor. Medical was called. Their was no neck brace put on my neck nor brace for my back. I was put in a wheelchair. I was not given pain medication, but an ice bad for my neck. The following day, I was forced to

*If you need more space, use Section A of the CDCR 602 HC A*

☑ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached: Operative Reports, CDC-Med 505, Comprehenive Accommodation Chrono, Patient Discharge Instructions Chronos, and Dept/Supply Receipts

☐ No, I have not attached any supporting documents. Reason:

Grievant Signature: Lee Swafford      Date Submitted: May 2, 2018

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL

**HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only**      Is a CDCR 602 HC A attached? ☑ Yes ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section C)

☑ Accepted   Assigned To: P. BAUMERT   Title: HCRN   Date Assigned: 5/8/18   Date Due: 7/10/18

Interview Conducted? ☑ Yes ☐ No   Date of Interview: 6-13-18   Interview Location: Specialty Clinic

Interviewer Name and Title (print): P. BAUMERT HCRN   Signature: _____   Date: 6-13-18

Reviewing Authority Name and Title (print): For: M. Leeorg, CMS   Signature: _____   Date: 7/9/18

**Disposition:** See attached letter   ☐ Intervention   ☐ No Further Intervention   ☑ No Intervention

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant: 7/10/18

| 1. Disability Code; | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DPP | ☐ Basic ☐ Transcribe | ☐ Not reached ☐ Reached |
| ☑ Not Applicable | ☐ Other | *See chrono/notes |
| 4. Comments: 5.4 | | |

RECEIVED   COMPLETED
SOL        SOL
MAY - 4 2018   JUL - 4 2018   STAFF USE ONLY
HCGO       HCGO

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR-0602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2
Tracking # Sal HC 18000608

| **SECTION B** | Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |
| --- | --- |

I am requesting for another doctor and a second
medical opinion, as well as any and all 602(s) filed
on the doctor Dr. Oller at this point in time. Also
I am requesting for compensatory damages
for $1,000,000.00. Punitive damages in the
amount of $500,000.00, so that this cruel and
unusual punishment in violation of the U.S. Consti-
tution's Eight Amendment, (Estelle v. Gamble (1976)
429 U.S. 97, 103-104; 97 S. Ct. 285; 50 L. Ed. 2d 251) won't hap-
pen to other inmates. therefore, I am requested
the total amount of $1,500,000.00

| Grievant Signature: | Date Submitted: |
| --- | --- |

| **HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only** | Is a CDCR 602 HC A attached? ☐ Yes ☐ No |
| --- | --- |

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date: _____    Date: _____

☐ Withdrawn (see section C)

☐ Accepted

Interview Conducted?    ☐ Yes ☐ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

**Disposition:** See attached letter    ☐ Intervention    ☐ No Further Intervention    ☐ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant: _____

| **SECTION C** | Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason. |
| --- | --- |

| Grievant Signature: | Date Submitted: |
| --- | --- |
| Staff Name and Title (Print): | Signature: | Date: |

STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed, **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR-0602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Tracking #: SQ HC 18000608

**SECTION B:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

I am requesting for another doctor and a second medical opinion, as well as any and all 602(s) filed on the doctor Dr. Oller at this point in time. Also I am requesting for compensatory damages for $1,000,000.00. Punitive damages in the amount of $500,000.00, so that this cruel and unusual punishment in violation of the U.S. Constitution's Eight Amendment, (Estelle v. Gamble (1976) 429 U.S. 97, 103-104; 97 S. Ct. 285; 50 L. Ed. 2d 251) won't happen to other inmates. Therefore, I am requested the total amount of $1,500,000.00

| Grievant Signature: | Date Submitted: |
|---|---|

**HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only**   Is a CDCR 602 HC A attached?  ☐ Yes   ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____

☐ Withdrawn (see section C)

☐ Accepted

Interview Conducted?   ☐ Yes  ☐ No   Date of Interview: _____   Interview Location: _____

Interviewer Name and Title (print): _____   Signature: _____   Date: _____

**Disposition:** See attached letter   ☐ Intervention   ☐ No Further Intervention   ☐ No Intervention

*This decision exhausts your administrative remedies.*

**HQ Use Only:** Date closed and mailed/delivered to grievant:

**SECTION C:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

| Grievant Signature: | Date Submitted: |
|---|---|
| Staff Name and Title (Print): | Signature: | Date: |

STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR-0602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒No | Institution: SOL HC | Tracking #: 18000668 |
|---|---|---|---|

P. BAUMERT
Staff Name and Title (Print)       Health Care Appeals RN
Signature                                   5-8-18
Date

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First, MI): Swafford, Lee

CDCR #: D-25499       Unit/Cell #: C18-141L

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

On April 29 2018, approximately 8:20 a.m., I was getting ready for breakfast when I reached for a cup on my bed, while in the bed reaching I felt a sharp pain in my lower back and right hip area. The next thing I knew I was on the floor. Medical was called. Their was no neck brace put on my neck nor brace for my back. I was put in a wheelchair. I was not given pain medication, but an ice bad for my neck. The following day, I was forced to

*If you need more space, use Section A of the CDCR 602 HC A*

☑ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached: Operative Reports, CDC-Med 505, Comprehenive Accommodation Chrono, Patient Discharge Instructions Chronos, and Debt/Supply Receipts

☐ No, I have not attached any supporting documents. Reason:

Grievant Signature: Lee Swafford       Date Submitted: May 2 2018

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL ☐

| HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☑Yes ☐ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date: _____   Date: _____

☐ Withdrawn (see section C)

☑ Accepted       Assigned To: P. BAUMERT       Title: HCRN       Date Assigned: 5/8/18   Date Due: 7/10/18

Interview Conducted?  ☑ Yes ☐ No   Date of Interview: 6-13-18       Interview Location: Specialty Clinic

Interviewer Name and Title (print): G. Baumert HCRN       Signature: _____   Date: 6-13-18

Reviewing Authority Name and Title (print): For: M. Lesnos, CMO       Signature: _____   Date: 7/9/18

| Disposition: See attached letter | ☐ Intervention | ☐ No Further Intervention | ☑ No Intervention |
|---|---|---|---|

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant: 7/10/18

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions | RECEIVED / COMPLETED |
| ☐ DPH☐ DPV☐ LD | ☐ Equipment☐ SLI | ☐ Patient summed information | SOL       SOL |
| ☐ DPS☐ DNH | ☐ Louder☐ Slower | Please check one: | MAY - 4 2018   JUL ... 2018 |
| ☐ DDP | ☐ Basic☐ Transcribe | ☐ Not reached*☐ Reached | STAFF USE ONLY |
| ☑ Not Applicable | ☐ Other* | *See chrono/notes | HCGO       HCGO |
| 4. Comments: 5.4 | | | |

# EXHIBIT COVER PAGE:

Exhibit _E_

Description of this exhibit: _Medical Records_

Number of pages for this exhibit: _1 of 3_

TWIN CITIES COMM HOSP
1100 Las Tablas Road
Templeton, CA 93465
805/434-4516

DOB:  08/20/1957
Page 1 of 3

PT:  SWAFFORD, LEE
MR#: 000312349                TWI
TYPE:  2                      RM: 1606 C
ADM: 03/02/2010               DIS:
ACCT: 5080703                 AUTH ID: TW6985
735519 PHILIP CITEK, M.D.
OPERATIVE REPORT

DATE OF OPERATION:     03/02/2010

PREOPERATIVE DIAGNOSES:
1.  Back with proximal lower extremity pain right greater than
    left.
2.  L3-4 degenerative disk disease with broad right anular
    bulging disk/osteophyte complex with moderate encroachment on
    the neuroforamen.
3.  L4-5 disk disease with circumferential annular bulge.
4.  L5-S1 focal annular bulge left of midline encroaching upon
    the inferior neuroforamen.

POSTOPERATIVE DIAGNOSES:
1.  Back with proximal lower extremity pain right greater than
    left.
2.  L3-4 degenerative disk disease with broad right anular
    bulging disk/osteophyte complex with moderate encroachment on
    the neuroforamen.
3.  L4-5 disk disease with circumferential annular bulge.
4.  L5-S1 focal annular bulge left of midline encroaching upon
    the inferior neuroforamen.

PROCEDURE PERFORMED:
1.  Diagnostic fluoroscopic guidance for right L3-4, L4-5 and L5-
    S1 median branch nerve blocks.
2.  Diagnostic/therapeutic right L3-4, L4-5 and L5-S1 median
    branch nerve blocks utilizing anesthetic and antiinflammatory
    medication.
3.  Sedation for needle placement for patient's safety and
    comfort.

INDICATIONS FOR SEDATION:     Sedation was provided for control
of patient movement during needle placement.  Patient obtained
comfort utilizing versed.

RECEIVED
MAR 0 5 2010
By

Copy For:  Philip Citek, M.D.



ATTACHMENT

TWIN CITIES COMM HOSP
1100 Las Tablas Road
Templeton, CA 93465
805/434-4516

DOB: 08/20/1957
Page 2 of 3

PT: SWAFFORD, LEE
MR#: 000312349          TWI
TYPE: 2                 RM: 1606 C
ADM: 03/02/2010         DIS:
ACCT: 5080703           AUTH ID: TW6985
735519 PHILIP CITEK, M.D.
OPERATIVE REPORT

INDICATIONS:    Mr. Swafford last underwent
transforaminal/selective nerve root blocks on the right side on
November 10, 2009 and on the left side on December 15, 2009. He
has noted improvement of his lower extremity radicular pain, but
continues to have residual back and buttock/proximal thigh pain.
  Mr. Swafford understands risks, benefits and alternatives to
the median nerve block procedure and wishes to proceed at this
time in order to determine if the facet joints are the primary
source of his ongoing back pain and to guide further treatment,
decrease pain levels, decrease reliance on medications and
improve tolerance for activities of daily living.

PROCEDURE IN DETAIL:    Mr. Swafford was taken to the procedure
room, placed in the prone position. Lumbosacral region on the
right side was prepped and draped in sterile fashion. On
fluoroscopic exam L5-S1 interspace was identified and local
anesthetic utilizing 1% lidocaine was instilled along the
proposed point of impact. Times were gauged. Spinal needle was
then advanced to a position just lateral to the superior
articular process for S1. Attention was then turned
sequentially to the superior tail of processes for L5, L4 and
L3. Local anesthetic was instilled followed by placement of 23
gauge spinal needle utilizing AP fluoroscopic guidance. Upon
placement of all 4 needles lateral fluoroscopic imaging was
utilized to finalize needle tip placement within the region of
median branch nerves. At that point contrast was administered
in order to track within the region of the median branch nerves
and this confirmed on lateral and AP fluoroscopic imaging. A
mixture containing 20 mg of dexamethasone and 8 cc of 0.1%
Marcaine was then administered in divided doses slowly over AP
fluoroscopic imaging in order to assure washout and spread of
medication dye within the region of median branch nerves. Upon
administration of medication, needles were withdrawn. Patient
was taken to the recovery room where he was observed an
additional hour and discharged back to the Correctional Training
Facility. He will follow up in approximately 2 weeks time for
left L3-4, L4-5 and L5-S1 median branch nerve blocks.

RECEIVED
MAR 0 5 2010
By

Copy For:  Philip Citek, M.D.

RECEIVED
HCCAB
AUG 1 0 2013

ATTACHMENT

TWIN CITIES COMM HOSP
1100 Las Tablas Road
Templeton, CA 93465
805/434-4516

DOB: 08/20/1957
Page 3 of 3

PT: SWAFFORD, LEE
MR#: 000312349          TWI
TYPE: 2                 RM: 1606 C
ADM: 03/02/2010         DIS:
ACCT: 5080703           AUTH ID: TW6985
735519 PHILIP CITEK, M.D.
OPERATIVE REPORT

RADIOLOGY REPORT:    Right L3-4, L4-5, and L5-S1 median branch
nerve blocks, AP fluoroscopic guidance visualized to identify
the right L5-S1 interspace. 23 gauge spinal needle was placed
just lateral to the superior articular process for S1.
Procedure was followed precisely and sequentially at the
superior articular process for L5, L4 and L3. Upon placement of
all 4 needles, contrast utilizing isometric M-300 was
administered to all 4 needle tracks and intervascular and
intrathecal, intraarticular, epidural without abnormal spread.
No such spread was noted. The spread was well within the region
of median branch nerves and was confirmed on lateral and AP
fluoroscopic imaging. At that point mixture containing local
anesthetic and anatomic form returning medication was
administered with repeat fluoroscopic imaging demonstrating
washout and spread of medication within the range of median
branch nerves. A total of 4 cc of contrast was utilized during
the procedure. Fluoroscopic imaging was kept on hold. AP,
oblique, lateral fl uroscopic imaging was utilized for
identification of L5 placement and monitoring the spread of
medication and dye.

PHILIP CITEK, M.D.
PC:9190027
d: 03/02/2010 11:21:42  t: 03/02/2010 13:16:03

CC: Joseph Chudy, M.D.



RECEIVED
HCCAB
AUG 1 0 2010

Copy For:  Philip Citek, M.D.

ATTACHMENT

# EXHIBIT COVER PAGE:

Exhibit ___F___

Description of this exhibit: _Medical Records_

Number of pages for this exhibit: _1 of 3_

*DR. Tonti-Horne*

TWIN CITIES COMM HOSP
1100 Las Tablas Road
Templeton, CA 93465
805/434-4516

DOB: 08/20/1957
**Page 1 of 3**

PT: SWAFFORD, LEE
MR#: 312349TWI
TYPE: 2
ADM: 07/06/2010
ACCT: 5283086TWI
6985TWI Philip Citek M.D.
**OPERATIVE REPORT**

D 25499

RM: OS 1606A
DIS:
AUTH ID: 6985TWI

*F-280L*

DATE OF SERVICE: 7/6/10

SURGEON: Philip Citek, M.D.

PREOPERATIVE DIAGNOSES:
1. Back with lower extremity pain, left greater than right.
2. L3-L4 degenerative disk disease with broad right annular bulging disk/osteophyte complex with moderate encroachment on the neural foramen.
3. L4-L5 disk disease with circumferential annular bulge.
4. L5-S1 focal annular bulge left of midline encroaching upon the inferior neural foramen.

POSTOPERATIVE DIAGNOSES:
1. Back with lower extremity pain, left greater than right.
2. L3-L4 degenerative disk disease with broad right annular bulging disk/osteophyte complex with moderate encroachment on the neural foramen.
3. L4-L5 disk disease with circumferential annular bulge.
4. L5-S1 focal annular bulge left of midline encroaching upon the inferior neural foramen.

PROCEDURE PERFORMED:
1. Diagnostic left L3-L4 and L5 transforaminal/select nerve root epidurograms.
2. Diagnostic/therapeutic left L3-L4 and L5 transforaminal/select nerve root blocks utilizing anesthetic and anti-inflammatory medication.
3. Sedation for needle placement, patient safety and comfort.

INDICATIONS FOR SEDATION: Sedation is provided for control of patient movement during needle placement, patient safety and comfort utilizing Versed and fentanyl.

INDICATIONS: Mr. Swafford last underwent left transforaminal/select nerve root blocks in early 3/2010. He has done well for the past 3-1/2 months. Mr. Swafford understands risks, benefits and alternatives to the transforaminal/select nerve root block procedure and wished to proceed at this time in order to regain control of his pain, decrease reliance on medications and improve his tolerance for activities of daily living.

DESCRIPTION OF PROCEDURE: Mr. Swafford was taken to the procedure room, placed in the prone position. The lumbosacral region, left side was prepped and draped in a sterile fashion. Under fluoroscopic guidance, the left L5-S1 interspace identified and local anesthetic utilizing 1% lidocaine was instilled along the proposed needle path. A 23-gauge spinal needle was then advanced utilizing AP and oblique fluoroscopic guidance. Upon achieving loss of resistance, contrast was administered and noted to track within the adjacent epidural space and along the left L5 nerve root sleeve. A mixture containing 10 mg of dexamethasone, 4 m[...]

RECEIVED
HCCAB
AUG 1 0 2010

ATTACHMENT

FROM :                    FAX NO. :                              Jul. 07 2010 02:56PM P6
Case 2:19-cv-00721-DAD-AC   Document 1   Filed 03/07/19   Page 25 of 56
Not Healthsystem Medical, Il

Page 7 of 8

TWIN CITIES COMM HOSP          PT: SWAFFORD, LEE
1100 Las Tablas Road           MR#: 312349TWI
Templeton, CA 93465            TYPE: 2                    RM: OS 1606A
805/434-4516                   ADM: 07/06/2010            DIS:
                               ACCT: 5283086TWI           AUTH ID: 6985TWI
DOB: 08/20/1957                6985TWI Philip Citek M.D.
**Page 2 of 3**                **OPERATIVE REPORT**

of 0.5% Marcaine and an additional 1 mL of contrast was administered in 2 mL
boluses with repeat fluoroscopic imaging demonstrating washout and spread of
medication dye from L4 through S1 and further along the left L5 nerve root
sleeve.  Upon completion of administration of medication, needle withdrawn and
attention was turned to the left L4-L5 level.  Local anesthetic was instilled
followed by placement of a 23-gauge spinal needle utilizing AP and oblique
fluoroscopic guidance.  Upon achieving the neural foramen, the needle was
advanced slowly until palpable give was appreciated, at which point, contrast was
administered and noted to track within the adjacent epidural space and along the
left L4 nerve root sleeve.  A mixture containing 10 mg of dexamethasone, 4 mL of
0.25% Marcaine and additional 1 mL of contrast was administered in 2 mL boluses
with repeat fluoroscopic imaging demonstrating washout and spread of medication
dye from L3 through L5 and further along the left L4 nerve root sleeve.  Upon
completion of administration of medication, needle withdrawn, attention was
turned to the left L3-L4 level.  Local anesthetic was instilled followed by
placement of a 23-gauge spinal needle utilizing AP and oblique fluoroscopic
guidance.  Upon achieving the neural foramen, the needle was advanced slowly
until palpable give was appreciated, at which point, contrast was administered
and noted to track within the adjacent epidural space and along the left L3 nerve
root sleeve.  A mixture containing 10 mg of dexamethasone, 4 mL of 0.25% Marcaine
and additional 1 mL of contrast was administered in 2 mL boluses with repeat
fluoroscopic imaging demonstrating washout and spread of medication dye from L2
through L4 and further along the left L3 nerve root sleeve.  Upon completion of
administration of medication, needle withdrawn.  Patient was taken to the
recovery room where he was observed an additional half hour and discharged back
to the Correctional Training Facility.  He will followup in 1-2 weeks for right
side transforaminal/select nerve root blocks.

RADIOLOGY REPORT:  Left L3, L4 and L5 transforaminal/select nerve root
epidurograms.  AP fluoroscopic guidance was utilized to identify first the left
L5-S1 and then the left L4-L5 and L3-L4 levels.  The 23-gauge spinal needles were
advanced into the epidural space at each level and upon achieving the epidural
space, contrast utilizing Isovue-M 300 was administered to rule out filling
defect, intravascular, intrathecal, intraarticular or other abnormal spread.  No
such spread was noted.  Spread was noted within the adjacent epidural space at
each level and along the respective nerve root sleeves.  Additional contrast was
added to the final injectates and upon completion of the administration of the
injectates, medication dye spread was noted at the L5-S1 level from L4 through S1
and further along the left L5 nerve root sleeve, at the L4-L5 level from L3
through L5 and along the left L4 nerve root sleeve, at the L3-L4 level from L2
through L4 and further along the left L3 nerve root sleeve.  A total of 6 mL of
contrast was utilized in the procedure.  Epidurogram kept on file.  AP and
oblique fluoroscopic imaging was utilized in identification of needle tip
placement and monitoring the spread of medication and dye.

RECEIVED
HCCAB
AUG 1 0 2010

**ATTACHMENT**

TWIN CITIES COMM HOSP        PT: SWAFFORD, LEE
1100 Las Tablas Road         MR#: 312349TWI
Templeton, CA 93465          TYPE: 2                    RM: OS 1606A
805/434-4516                 ADM: 07/06/2010            DIS:
                             ACCT: 5283086TWI           AUTH ID: 6985TWI
DOB: 08/20/1957              6985TWI Philip Citek M.D.
**Page 3 of 3**             **OPERATIVE REPORT**

Philip Citek M.D.

537982
d: 07/06/2010 11:09 PDT   t: 07/06/2010 12:04 PDT 1f

RECEIVED
HCCAB
AUG 1 0 2010

ATTACHMENT

COPY: Citek, Philip M.D. (6985TWI)

# EXHIBIT COVER PAGE:

Exhibit _G_

Description of this exhibit: _Temporary crutches, walker, and cane for on going degenerative disk disage. Then will be ordered back on to top bunk._

Number of pages for this exhibit: _1 of 9_

Version 4.6.1.1

**Release Note**

| Summary | Bed Inventory | ADA/EC History |

Generate Reports / Get Help / Report a Problem Log Ou

CDC # : D25499   [Search]          CDC Number: D25499, SWAFFORD, LEE



## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | **D25499** [Other] |
| Name: | **SWAFFORD, LEE** |
| Institution: | **California State Prison, Solano** |
| Bed Code: | **C 018 1000141L** |
| Placement Score: | **19** |
| Custody Level: | **Medium A** |
| Housing Pgm: | **GP - Gen Pop** |
| Housing Restrictions: | **Ground Floor-Limited Stairs, Lower/Bottom Bunk Only** |
| Physical Limitations to Job/Other: | **Lifting Restriction-Unable to Lift more than 19 Pounds, Special Cuffing Needed, TEMPORARY 08-01-2018 Months** |

### Disability/Assistance

| | |
|---|---|
| DDP Code: | **NCF** |
| Effective Date: | **10/07/2003** |
| DPP Codes: | [History] |
| 1845 Date: | **05/01/2018** |
| MHSDS Code: | |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | **5.4** |
| TABE Date: | **07/25/2017** |
| Durable Medical Equipment: | **Crutches, Walker** [Info] |
| Last Accomm: | |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | **No** |
| Revocation Date: | |
| Date Received in CDCR: | **03/15/1986** |
| Last Return Date: | **02/26/1996** |
| Extended Stay Date: | **05/26/1996** |
| Extended Stay Privileges? | |
| Release Date: | **09/09/2025** |
| 120 Day Date: | **05/12/2025** |
| Next IDST Date: | |

### Work/Vocation/PIA

1

| | |
|---|---|
| Group Priv: | |
| Group Work: | |
| Start Date: | |
| Status: | |
| Job Position: | |
| Job Title: | |
| IWTIP Code: | |
| IWTIP Description: | |
| Regular Day Off: | |
| Work Hours: | |

### Accommodation History

No Accommodation Records Found.

7536 DME/Supply Receipt
04/28/18 08:50 PDT Performed by DeLaVega, Melani RN
Entered on 04/28/18 08:52 PDT

Approved DME/Medical Supplies
DME Ankle Foot Orthoses/Knee Ankle Foot: N/A
DME Back Braces: N/A
DME Bone Growth Stimulators Electrical: N/A
DME Breast Pump: N/A
DME Bubble Humidifier: N/A
DME Burn Garment: N/A
DME Cane: N/A
DME Commode Chair: N/A
DME Compression Stocking: N/A
DME Continuous Passive Motion  Lower: N/A
DME Continuous Passive Motion Upper: N/A
DME Crutches: Crutches Temporary
DME Expiration Crutches: 05/04/18
DME Diabetic Supplies Monitors: N/A
DME Eyeglass Frames: N/A
DME Eyeglasses for Aphakia: N/A
DME Foot Orthoses: N/A
DME Hearing Aid: N/A
DME Hearing Impaired Disability Vest: N/A
DME Helmet: N/A
DME Incontinence Supplies: N/A
DME Insulin Pump: N/A
DME Knee Braces: N/A
DME Mobility Impaired Disability Vest: N/A
DME BiPap: N/A
DME CPAP: N/A
DME Ocular Conformers: N/A
DME Ostomy Supplies: N/A
DME Oxygen Concentrators: N/A
DME Pressure Reducing Support Services: N/A
DME Prosthetic Limbs Lower Extremity: N/A
DME Prosthetic Limbs Upper Extremity: N/A
DME Reading Glasses: N/A
DME Scleral Shell Contact Lenses: N/A
DME Sitz Bath: N/A
DME Spinal Orthoses: N/A
DME Standing Frames: N/A
DME Therapeutic Contact Lenses: N/A
DME Therapeutic Shoes/Orthotics: N/A
DME Toilet Seat Lift (Erector): N/A
DME Tracheostomy Care Supplies: N/A
DME Truss Hernia Support: N/A
DME Urologic Supplies: N/A
DME Vision Impaired Disability Vest: N/A
DME Voice Prosthesis Augmentative: N/A
DME Walkers: N/A
DME Wheelchair: N/A
DME Wound Care Dressings: N/A
DME Negative Pressure Wound Therapy: N/A
DME Wrist Support Brace: N/A
DME Other Options: N/A
Durable Medical Equipment and Supply Receipt
7536 Descriptions 1: Crutches
7536 Quantity 1: 2
7536 Expiration 1: 05/04/18
7536 Make 1: SOL-CR-0201
 SOL-CR-0200
7536 Section C: Received DME/Medical Supply
7536 Patient Signature: X
7536 Patient Signature Date: 04/28/18
7536 Issuing Staff Signature: X
7536 Witness Name: X
7536 Witness Signature: X

SOL(Location:SOL C 018 1 ; 000 ; 000137U)
Patient Name: SWAFFORD, LEE                     DOB / AGE / SEX: 08/20/57  60 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 09/04/14  D25499  10000001311101916D25

ATTACHMENT

7536 DME/Supply Receipt
04/29/18 10:16 PDT Performed by DeLaVega, Melani RN
Entered on 04/29/18 10:19 PDT

Durable Medical Equipment and Supply Receipt (cont.)
7536 Witness Name: X
7536 Witness Signature: X

SOL(Location:SOL C 018 1 ; 000 ; 000141L)
Patient Name: SWAFFORD, LEE                    DOB / AGE / SEX: 08/20/57   60 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 09/04/14   D25499   10000001311101916D25

Page 2 of 2
Print Date: 04/29/18
Print Time: 10:21 PDT
Printed by:DeLaVega, Melani RI

0
0

ATTACHMENT

7536 DME/Supply Receipt
04/29/18 10:16 PDT Performed by DeLaVega, Melani RN
Entered on 04/29/18 10:19 PDT

**Approved DME/Medical Supplies**
DME Ankle Foot Orthoses/Knee Ankle Foot: N/A
DME Back Braces: N/A
DME Bone Growth Stimulators Electrical: N/A
DME Breast Pump: N/A
DME Bubble Humidifier: N/A
DME Burn Garment: N/A
DME Cane: N/A
DME Commode Chair: N/A
DME Compression Stocking: N/A
DME Continuous Passive Motion Lower: N/A
DME Continuous Passive Motion Upper: N/A
DME Crutches: Crutches Temporary
DME Expiration Crutches: 05/04/18
DME Diabetic Supplies Monitors: N/A
DME Eyeglass Frames: N/A
DME Eyeglasses for Aphakia: N/A
DME Foot Orthoses: N/A
DME Hearing Aid: N/A
DME Hearing Impaired Disability Vest: N/A
DME Helmet: N/A
DME Incontinence Supplies: N/A
DME Insulin Pump: N/A
DME Knee Braces: N/A
DME Mobility Impaired Disability Vest: N/A
DME BiPap: N/A
DME CPAP: N/A
DME Ocular Conformers: N/A
DME Ostomy Supplies: N/A
DME Oxygen Concentrators: N/A
DME Pressure Reducing Support Services: N/A
DME Prosthetic Limbs Lower Extremity: N/A
DME Prosthetic Limbs Upper Extremity: N/A
DME Reading Glasses: N/A
DME Scleral Shell Contact Lenses: N/A
DME Sitz Bath: N/A
DME Spinal Orthoses: N/A
DME Standing Frames: N/A
DME Therapeutic Contact Lenses: N/A
DME Therapeutic Shoes/Orthotics: N/A
DME Toilet Seat Lift (Erector): N/A
DME Tracheostomy Care Supplies: N/A
DME Truss Hernia Support: N/A
DME Urologic Supplies: N/A
DME Vision Impaired Disability Vest: N/A
DME Voice Prosthesis Augmentative: N/A
DME Walkers: Walkers Temporary
DME Expiration Walkers: 05/06/18
DME Wheelchair: N/A
DME Wound Care Dressings: N/A
DME Negative Pressure Wound Therapy: N/A
DME Wrist Support Brace: N/A
DME Other Options: N/A
**Durable Medical Equipment and Supply Receipt**
7536 Descriptions 1: Walker
7536 Quantity 1: 1
7536 Expiration 1: 05/06/18
7536 Make 1: serial number 500-1045-0600
7536 Descriptions 2: Crutches
7536 Quantity 2: 2
7536 expiration 2: 04/29/18
7536 Comments 2a: 2 crutches returned
7536 Section C: Received DME/Medical Supply
7536 Patient Signature: X
7536 Patient Signature Date: 04/29/18
7536 Issuing Staff Signature: X

**SOL**(Location:SOL C 018 1 ; 000 ; 000141L)
Patient Name: SWAFFORD, LEE                    DOB / AGE / SEX: 08/20/57   60 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 09/04/14   D25499   1000000131110 Page D25 of 2

Print Date: 04/29/18
Print Time: 10:21 PDT
Printed by:DeLaVega, Melani RN

0

**ATTACHMENT**

7536 DME/Supply Receipt
04/29/18 10:16 PDT Performed by DeLaVega, Melani RN
Entered on 04/29/18 10:19 PDT

Durable Medical Equipment and Supply Receipt (cont.)
7536 Witness Name: X
7536 Witness Signature: X

SOL(Location:SOL C 018 1 ; 000 ; 000141L)
Patient Name: SWAFFORD, LEE                              DOB / AGE / SEX: 08/20/57   60 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 09/04/14   D25499   10000001311101916D25

Page 2 of 2
Print Date: 04/29/18
Print Time: 10:21 PDT
Printed by:DeLaVega, Melani RI

0
0

ATTACHMENT

7536 DME/Supply Receipt
04/28/18 08:50 PDT Performed by DeLaVega, Melani RN
Entered on 04/28/18 08:52 PDT

**Approved DME/Medical Supplies**
DME Ankle Foot Orthoses/Knee Ankle Foot: N/A
DME Back Braces: N/A
DME Bone Growth Stimulators Electrical: N/A
DME Breast Pump: N/A
DME Bubble Humidifier: N/A
DME Burn Garment: N/A
DME Cane: N/A
DME Commode Chair: N/A
DME Compression Stocking: N/A
DME Continuous Passive Motion  Lower: N/A
DME Continuous Passive Motion Upper: N/A
DME Crutches: Crutches Temporary
DME Expiration Crutches: 05/04/18
DME Diabetic Supplies Monitors: N/A
DME Eyeglass Frames: N/A
DME Eyeglasses for Aphakia: N/A
DME Foot Orthoses: N/A
DME Hearing Aid: N/A
DME Hearing Impaired Disability Vest: N/A
DME Helmet: N/A
DME Incontinence Supplies: N/A
DME Insulin Pump: N/A
DME Knee Braces: N/A
DME Mobility Impaired Disability Vest: N/A
DME BiPap: N/A
DME CPAP: N/A
DME Ocular Conformers: N/A
DME Ostomy Supplies: N/A
DME Oxygen Concentrators: N/A
DME Pressure Reducing Support Services: N/A
DME Prosthetic Limbs Lower Extremity: N/A
DME Prosthetic Limbs Upper Extremity: N/A
DME Reading Glasses: N/A
DME Scleral Shell Contact Lenses: N/A
DME Sitz Bath: N/A
DME Spinal Orthoses: N/A
DME Standing Frames: N/A
DME Therapeutic Contact Lenses: N/A
DME Therapeutic Shoes/Orthotics: N/A
DME Toilet Seat Lift (Erector): N/A
DME Tracheostomy Care Supplies: N/A
DME Truss Hernia Support: N/A
DME Urologic Supplies: N/A
DME Vision Impaired Disability Vest: N/A
DME Voice Prosthesis Augmentative: N/A
DME Walkers: N/A
DME Wheelchair: N/A
DME Wound Care Dressings: N/A
DME Negative Pressure Wound Therapy: N/A
DME Wrist Support Brace: N/A
DME Other Options: N/A
**Durable Medical Equipment and Supply Receipt**
7536 Descriptions 1: Crutches
7536 Quantity 1: 2
7536 Expiration 1: 05/04/18
7536 Make 1: SOL-CR-0201
 SOL-CR-0200
7536 Section C: Received DME/Medical Supply
7536 Patient Signature: X
7536 Patient Signature Date: 04/28/18
7536 Issuing Staff Signature: X
7536 Witness Name: X
7536 Witness Signature: X

SOL(Location:SOL C 018 1 ; 000 ; 000137U)
Patient Name: SWAFFORD, LEE                DOB / AGE / SEX: 08/20/57   60 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 09/04/14   D25499   10000001311101916D25

0
0

**ATTACHMENT**

**7536 DME/Supply Receipt**
**04/29/18 10:16 PDT Performed by DeLaVega, Melani RN**
**Entered on 04/29/18 10:19 PDT**

### Approved DME/Medical Supplies

DME Ankle Foot Orthoses/Knee Ankle Foot: N/A
DME Back Braces: N/A
DME Bone Growth Stimulators Electrical: N/A
DME Breast Pump: N/A
DME Bubble Humidifier: N/A
DME Burn Garment: N/A
DME Cane: N/A
DME Commode Chair: N/A
DME Compression Stocking: N/A
DME Continuous Passive Motion  Lower: N/A
DME Continuous Passive Motion Upper: N/A
DME Crutches: Crutches Temporary
DME Expiration Crutches: 05/04/18
DME Diabetic Supplies Monitors: N/A
DME Eyeglass Frames: N/A
DME Eyeglasses for Aphakia: N/A
DME Foot Orthoses: N/A
DME Hearing Aid: N/A
DME Hearing Impaired Disability Vest: N/A
DME Helmet: N/A
DME Incontinence Supplies: N/A
DME Insulin Pump: N/A
DME Knee Braces: N/A
DME Mobility Impaired Disability Vest: N/A
DME BiPap: N/A
DME CPAP: N/A
DME Ocular Conformers: N/A
DME Ostomy Supplies: N/A
DME Oxygen Concentrators: N/A
DME Pressure Reducing Support Services: N/A
DME Prosthetic Limbs Lower Extremity: N/A
DME Prosthetic Limbs Upper Extremity: N/A
DME Reading Glasses: N/A
DME Scleral Shell Contact Lenses: N/A
DME Sitz Bath: N/A
DME Spinal Orthoses: N/A
DME Standing Frames: N/A
DME Therapeutic Contact Lenses: N/A
DME Therapeutic Shoes/Orthotics: N/A
DME Toilet Seat Lift (Erector): N/A
DME Tracheostomy Care Supplies: N/A
DME Truss Hernia Support: N/A
DME Urologic Supplies: N/A
DME Vision Impaired Disability Vest: N/A
DME Voice Prosthesis Augmentative: N/A
DME Walkers: Walkers Temporary
DME Expiration Walkers: 05/06/18
DME Wheelchair: N/A
DME Wound Care Dressings: N/A
DME Negative Pressure Wound Therapy: N/A
DME Wrist Support Brace: N/A
DME Other Options: N/A

### Durable Medical Equipment and Supply Receipt

7536 Descriptions 1: Walker
7536 Quantity 1: 1
7536 Expiration 1: 05/06/18
7536 Make 1: serial number 500-1045-0600
7536 Descriptions 2: Crutches
7536 Quantity 2: 2
7536 expiration 2: 04/29/18
7536 Comments 2a: 2 crutches returned
7536 Section C: Received DME/Medical Supply
7536 Patient Signature: X
7536 Patient Signature Date: 04/29/18
7536 Issuing Staff Signature: X

---

SOL(Location:SOL C 018 1 ; 000 ; 000141L)
Patient Name: SWAFFORD, LEE               DOB / AGE / SEX: 08/20/57  60 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 09/04/14   D25499   10000001311104260025
Print Date: 04/29/18
Print Time: 10:21 PDT
Printed by:DeLaVega, Melani RN
Page 1 of 2

ATTACHMENT

7536 DME/Supply Receipt
06/26/18 07:43 PDT Performed by Huwatschek, Kristi LVN
Entered on 06/26/18 07:44 PDT

Approved DME/Medical Supplies
DME Ankle Foot Orthoses/Knee Ankle Foot: N/A
DME Back Braces: N/A
DME Bone Growth Stimulators Electrical: N/A
DME Breast Pump: N/A
DME Bubble Humidifier: N/A
DME Burn Garment: N/A
DME Cane: Cane Temporary
DME Expiration Cane: 09/22/18
DME Commode Chair: N/A
DME Compression Stocking: N/A
DME Continuous Passive Motion  Lower: N/A
DME Continuous Passive Motion Upper: N/A
DME Crutches: N/A
DME Diabetic Supplies Monitors: N/A
DME Eyeglass Frames: N/A
DME Eyeglasses for Aphakia: N/A
DME Foot Orthoses: N/A
DME Hearing Aid: N/A
DME Hearing Impaired Disability Vest: N/A
DME Helmet: N/A
DME Incontinence Supplies: N/A
DME Insulin Pump: N/A
DME Knee Braces: N/A
DME Mobility Impaired Disability Vest: N/A
DME BiPap: N/A
DME CPAP: N/A
DME Ocular Conformers: N/A
DME Ostomy Supplies: N/A
DME Oxygen Concentrators: N/A
DME Pressure Reducing Support Services: N/A
DME Prosthetic Limbs Lower Extremity: N/A
DME Prosthetic Limbs Upper Extremity: N/A
DME Reading Glasses: N/A
DME Scleral Shell Contact Lenses: N/A
DME Sitz Bath: N/A
DME Spinal Orthoses: N/A
DME Standing Frames: N/A
DME Therapeutic Contact Lenses: N/A
DME Therapeutic Shoes/Orthotics: N/A
DME Toilet Seat Lift (Erector): N/A
DME Tracheostomy Care Supplies: N/A
DME Truss Hernia Support: N/A
DME Urologic Supplies: N/A
DME Vision Impaired Disability Vest: N/A
DME Voice Prosthesis Augmentative: N/A
DME Walkers: N/A
DME Wheelchair: N/A
DME Wound Care Dressings: N/A
DME Negative Pressure Wound Therapy: N/A
DME Wrist Support Brace: N/A
DME Other Options: N/A
Durable Medical Equipment and Supply Receipt
7536 Descriptions 1: Cane
7536 Quantity 1: 1
7536 Expiration 1: 09/22/18
7536 Make 1: single point wood
7536 Section C: Received DME/Medical Supply
7536 Patient Signature: X
7536 Patient Signature Date: 06/26/18
7536 Issuing Staff Signature: X
7536 Issuing Staff Date: 06/26/18
7536 Witness Name: X
7536 Witness Signature: X

SOL (Location:SOL C 014 1 ; 010 ; 010001L)
Patient Name: SWAFFORD, LEE       DOB / AGE / SEX: 08/20/57   60 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 09/04/14   D25499   100000013111019 6D25

7536 DME/Supply Receipt
09/24/18 09:50 PDT Performed by Jeanette Figueroa, LVN
Entered on 09/24/18 09:52 PDT

**Approved DME/Medical Supplies**

DME Ankle Foot Orthoses/Knee Ankle Foot: N/A
DME Back Braces: N/A
DME Bone Growth Stimulators Electrical: N/A
DME Breast Pump: N/A
DME Bubble Humidifier: N/A
DME Burn Garment: N/A
DME Cane: Cane Temporary
DME Expiration Cane: 03/24/19
DME Commode Chair: N/A
DME Compression Stocking: N/A
DME Continuous Passive Motion  Lower: N/A
DME Continuous Passive Motion Upper: N/A
DME Crutches: N/A
DME Diabetic Supplies Monitors: N/A
DME Eyeglass Frames: N/A
DME Eyeglasses for Aphakia: N/A
DME Foot Orthoses: N/A
DME Hearing Aid: N/A
DME Hearing Impaired Disability Vest: N/A
DME Helmet: N/A
DME Incontinence Supplies: N/A
DME Insulin Pump: N/A
DME Knee Braces: N/A
DME Mobility Impaired Disability Vest: N/A
DME BiPap: N/A
DME CPAP: N/A
DME Ocular Conformers: N/A
DME Ostomy Supplies: N/A
DME Oxygen Concentrators: N/A
DME Pressure Reducing Support Services: N/A
DME Prosthetic Limbs Lower Extremity: N/A
DME Prosthetic Limbs Upper Extremity: N/A
DME Reading Glasses: N/A
DME Scleral Shell Contact Lenses: N/A
DME Sitz Bath: N/A
DME Spinal Orthoses: N/A
DME Standing Frames: N/A
DME Therapeutic Contact Lenses: N/A
DME Therapeutic Shoes/Orthotics: N/A
DME Toilet Seat Lift (Erector): N/A
DME Tracheostomy Care Supplies: N/A
DME Truss Hernia Support: N/A
DME Urologic Supplies: N/A
DME Vision Impaired Disability Vest: N/A
DME Voice Prosthesis Augmentative: N/A
DME Walkers: N/A
DME Wheelchair: N/A
DME Wound Care Dressings: N/A
DME Negative Pressure Wound Therapy: N/A
DME Wrist Support Brace: N/A
DME Other Options: N/A

**Durable Medical Equipment and Supply Receipt**

7536 Descriptions 1: Cane
7536 Quantity 1: 1
7536 Expiration 1: 03/24/19
7536 Comments 1a: do not dispense I/P already has
7536 Date of 7221: 09/24/18
7536 Section C: Received DME/Medical Supply
7536 Patient Signature: X
7536 Patient Signature Date: 09/24/18
7536 Issuing Staff Signature: X
7536 Issuing Staff Date: 09/24/18
7536 Witness Name: X
7536 Witness Signature: X

*Copy*

*Order extended per MD*

*[signature] LVN 9/24/8*

SOL (Location: SOL C 01A ; 010 ; 010001L)
Patient Name: SWAFFORD, LEE        DOB / AGE / SEX: 08/20/57  61 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 09/04/14  D25499  10000001311101916D25

0
0

**7536 DME/Supply Receipt**
**09/24/18 09:50 PDT Performed by Jeanette Figueroa, LVN**
**Entered on 09/24/18 09:52 PDT**
**Durable Medical Equipment and Supply Receipt (cont.)**
**7536 Witness Date:** 09/24/18

---

**SOL**(Location:SOL C 014 1 ; 010 ; 010001L)
Patient Name: SWAFFORD, LEE            DOB / AGE / SEX: 08/20/57   61 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 09/04/14   D25499   10000001311101916D25

Page 2 of 1
Print Date: 09/24/18
Print Time: 09:53 PDT
Printed by:Jeanette Figueroa,
LVN

0

# EXHIBIT COVER PAGE:

Exhibit _____H_____

Description of this exhibit: Medical Procedure Note regarding chronic hip pain for the past 5 years, not helped by oral medications.

Number of pages for this exhibit: 1 of 3

California Correctional Health Care Services　　　　　　CALIFORNIA STATE PRISON, SOLANO

### MEDICAL PROCEDURE NOTE

| NAME: SWAFFORD, LEE | CDCR#: D25499 | DATE OF SERVICE: 07/06/2015 |
|---|---|---|
| DATE OF BIRTH: 08/20/1957 | HOUSING: C 018 1000142L | PAROLE DATE: |

TIME: 1:45 p.m.
The patient has no effective communication issues. Electronic Unit Health Record (eUHR) and Medication Administration Record (MAR) are both present.

DATE OF PROCEDURE: 07/06/2015.
PREOPERATIVE DIAGNOSIS: Right trochanteric bursitis.
POSTOPERATIVE DIAGNOSIS: Right trochanteric bursitis.
PROCEDURE PERFORMED: Trochanteric bursitis injection.
SURGEON: N.A. Largoza, MD.
ANESTHESIA: Lidocaine 2% without epinephrine.
ANESTHESIOLOGIST:

INDICATIONS: Chronic hip pain the last 5 years, not helped by oral medications.

VITAL SIGNS: Temperature 98.4, pulse 74, oxygen saturation 97% on room air, blood pressure 113/80, respiratory rate 16. Height 73 inches, 189 pounds, body mass index 25.

**ALLERGIES: The patient has claimed history of allergies, however, the patient states he has had penicillin before without any reaction.**

DESCRIPTION OF PROCEDURE: Right trochanteric bursitis injection. The procedure was explained to the patient. Benefits to decrease the pain and improve range of motion as well as issue of functionality. Risks of infection, bleeding, trauma, scarring ____. The patient's questions were answered to his satisfaction. The patient gave his verbal as well as written consent to proceed with the procedure. The patient was then placed in the left lateral decubitus position with the right hip exposed. The area was sterilized with iodine x3 and alcohol x3. Landmarks were noted and noted the mid trochanter in the lateral decubitus and the pelvic brim. The point of maximal pain is identified with the patient and correlates with the mid trochanter location. A mixture of lidocaine 2% 3 mL plus 1 mL of Kenalog 40 mg per mL were combined in a single syringe. A 27 gauge needle 1-1/2 inches long was used to penetrate the area mid trochanter and the needle was advanced ____ tendon and then ½ inch further to the femur and injected down to the periosteum. The medications were injected slowly. The patient tolerated the procedure well. Estimated blood loss is less than 0.01 mL.

PATIENT EDUCATION: The patient is advised to keep the area clean and dry. The patient is advised to start doing normal activities slowly and progress as we expect the patient to be relieved from the pain.
FOLLOWUP: The patient is to return to clinic with primary care doctor as needed.

DISABILITY CODE:
() TABE  score less than 4.0
() DPH  () DPV  () LD
() DPS  () DNH
() DNS  () DDP
() Not Applicable

ACCOMMODATION:
() Additional time
() Equipment () SLI
() Louder  () Slower
() Basic () Transcribe
() Other*

EFFECTIVE COMMUNICATION:
() Patient-inmate asked questions.
() Patient-inmate summed information
PLEASE CHECK ONE
() Not reached*  () Reached
   *See Chrono/notes

COMMENTS:

RECEIVED

JUL 03 2015

MEDICAL RECORDS

 X nal MD

Nonato Largoza, MD
Digitally authenticated on 7/9/2015 7:10 AM
NL/sg　D: 07/06/2015 02:12:00 pm　　　　T: 07/08/2015 11:18:56 am　　　Job #: 1222717
DICTATED BY **Nonato Largoza, MD**
**SWAFFORD LEE**

Confidential Printed 2018.06.20 10:26:55 -07'00'
D25499

**DATE:** 7/7/15 0:00    **Age:** 57    **UHR Present:** ☑ Yes ☐ No    **MAR Present:** ☑ Yes ☐ No

| Temp | Pulse: | O2 Sat | BP | RR: | Ht: (Inches) | Wt: (Pounds) | BMI: |
|------|--------|--------|-----|-----|--------------|--------------|------|
| 98.4 | 74 | 97% | 78/53 | 16 | 73 | 189 | 25.0 |

**Chief Complaints:** 10/10

**Allergies:** penicillin   **Signature/Title:** O. Hernandez   CNA

SUBJECTIVE:

| OBJECTIVE: | WNL | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | WNL | ABN | STUDY RESULTS |
|------------|-----|-----|---|-----|-----|---------------|
| 1. General | ☐ | ☐ | 7. Musculoskeletal | ☐ | ☐ | |
| 2. HEENT/Neck | ☐ | ☐ | 8. Skin/Ext. | ☐ | ☐ | |
| 3. Cardio | ☐ | ☐ | 9. Neurological | ☐ | ☐ | |
| 4. Pulmonary | ☐ | ☐ | 10. Psychiatric | ☐ | ☐ | |
| 5. Abdomen | ☐ | ☐ | 11. Rectal/Prostate | ☐ | ☐ | |
| 6. Genito-Urinary | ☐ | ☐ | 12. Breat/Pelvic | ☐ | ☐ | |

Additional Notes: 1222717

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

(R) Trochanteric Bursitis
Consent Signed

Patient Education: ☐ Patient able to verbalize understanding of A/P   ☐ Meds   ☐ Lab/Study Results   ☐ Diet ☐ Exercise

Self Management Goals:   ☐ Smoking   ☐ Wt Management

Next Visit:

PCP Print: N. Largoza, M.D.

Signature:

| 1. Disability Code | 2. Accomodation | 3. Effective Communical | SWAFFORD, LEE |
|--------------------|-----------------|-------------------------|---------------|
| ☐ TABE score <= 4.0 | ☐ Additional time | ☐ P/I Asked questions | D25499 |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I Summed Information | |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| TABE LEVEL:   N/A | ☐ Other | *See chrono/notes | DOB: 08/20/195 |

Confidential Printed 2018.06.20 10:26:34 -07'00'

DEPARTMENT O FCORRECTIONS

STATE OF CALIFORNIA

## CONSENT FOR SURGICAL OPERATION

HOSPITAL

CSP-SOLANO

| NAME | CDC NUMBER | AGE |
|------|------------|-----|
| SWAFFORD, LEE | D25499 | 57 |
| | DATE 07/06/15 | TIME 14:02 |

1. I hereby authorize   Nonato Largoza, MD   and/or whomever (s)he may designate
to perform upon   SWAFFORD, LEE  , the following operation:
Trochanteric Bursitis   — RIGHT

2. The nature and purpose of the operation, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

1. I hereby authorize   Nonato Largoza, MD   and/or whomever (s)he may designate to administer such anesthetics as (s)he may deem appropriate.

| SIGNATURE OF PATIENT OR LEGAL GUARDIAN | DATE 7/6/15 |
|---|---|
| WITNESS | DATE 7/6/15 |
| REMARKS | |

**TABE SCORE: 8.3**

**1. Disability Code**
☐ TABE score < 4.0

☐ DPH   ☐ DPV   ☐ LD

☐ DPS   ☐ DNH

☐ DNS   ☐ DDP

☑ Not Applicable

**2. Accomodation**
☐ Additional time

☐ Equipment   ☐ SLI

☐ Louder   ☐ Slower

☐ Basic   ☐ Transcribe

☐ Other

**3. Effective Communications**
☐ P/I Asked Questions

☐ P/I Summed Information

Please check one:
☐ Not reached * ☐ Reached

*See chrono notes

**Comments:**

CDC-7204 (Rev. 4-77)

Confidential Printed 2018.06.20 10:25:44 -07'00'

# EXHIBIT COVER PAGE:

Exhibit __I__

Description of this exhibit: Medical department recommedition and conditians, including Chrono's

Number of pages for this exhibit: __1 of 3__

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS**: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

**None**

| | | |
|---|---|---|
| 1. **Barrier Free/Wheelchair Access** P / T _____ | 4. **Bottom Bunk** | P /(T) _____ |
| 2. **Ground Floor Cell** P / T _____ | 5. **Single Cell** (See 128-C date: _____ ) | P / T _____ |
| 3. **Continuous Powered Generator** P / T _____ | 6. **Permanent OHU / CTC** (circle one) | P / T _____ |
| | 7. **Other** _____ | P / T _____ |

## B. MEDICAL EQUIPMENT/SUPPLIES

**None**

| | | | |
|---|---|---|---|
| 8. **Limb Prosthesis** | P / T _____ | 16. **Wheelchair: (type)** _____ | P / T _____ |
| 9. **Brace** | P / T _____ | 17. **Contact Lens(es) & Supplies** | P / T _____ |
| 10. **Crutches** | P / T _____ | 18. **Hearing Aid** | P / T _____ |
| 11. **Cane: (type)** _____ | P / T _____ | 19. **Special Garment:** | |
| 12. **Walker** | P / T _____ | (specify) _____ | P / T _____ |
| 13. **Dressing/Catheter/Colostomy Supplies** | P / T _____ | 20. **Rx. Glasses:** _____ | P / T _____ |
| 14. **Shoe: (specify)** _____ | P / T _____ | 21. **Cotton Bedding** | P / T _____ |
| 15. **Dialysis Peritoneal** | P / T _____ | 22. **Extra Mattress** | P / T _____ |
| | | 23. **Other** _____ | P / T _____ |

## C. OTHER

**None**

24. **Attendant to assist with meal access** P / T _____
and other movement inside the institution.

Attendant will not feed or lift the inmate/patient
or perform elements of personal hygiene.

25. **Wheelchair Accessible Table** P / T _____

26. **Therapeutic Diet: (specify)** _____ P / T _____

27. **Communication Assistance** P / T _____

28. **Transport Vehicle with Lift** P / T _____

29. **Short Beard** P / T _____

30. **Other** _____ P / T _____

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?    ☐ Yes    ☐ No

If yes, specify: _____

| INSTITUTION     SR | COMPLETED BY (PRINT NAME)    (Joshua) | TITLE    WD |
|---|---|---|
| SIGNATURE | DATE    9/10/12 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE    9/10/ | Swofford, Lee |
| **APPROVED** (list the number of items approved) | | D25977 |
| **DENIED** (list the number of items denied) | RECEIVED HCCAB 'AUG 1 0 2018 | -3/20/57  ANB4 |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (08/04)

ATTACHMENT

N/B

4N 392

Swafford, D25499

ANB 4039001L

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
**COMPREHENSIVE ACCOMMODATION CHRONO**                            Page 1 of 1
CDCR 7410 (10/13)

### A. HOUSING

☑ Unrestricted

☐ Barrier Free/Wheelchair Access

☐ Ground Floor- Limited Stairs                    ○ Permanent

☐ Ground Floor- No Stairs                         ○ Temporary

☐ Bottom Bunk                                     ● Expires on 8/16/2015

### B. OTHER

☐ Inmate Attendant/ Assistance

☐ Full Time Wheelchair User Accommodations

☐ Limited Wheelchair User Accommodations

☐ Transport Vehicle with Lift

☑ Special Cuffing for Non-Emergent Escort or Transportation

☐ Extra Time for Meals

### C. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

☐ UV Exposure Restriction - Restricting direct unprotected sunlight exposure for more than 30 minutes between the hours of 1000-1600

☑ Lifting Restriction - Unable to lift more than 19 pounds

☐ No rooftop work, no ladders, no hazardous machinery, no sharp objects, and no operating a motorized vehicles

☐ **D. NON FORMULARY ACCOMMODATION(S)**

**E. COMMENTS**

☐ See 7536 Durable Medical Equipment and Supply Receipt

| | | | |
|---|---|---|---|
| Clinician Name: | Rohrer, Jason@CDCR | CDCR#: | d25499 |
| Clinician Signature: | Digitally Authenticated | Last Name: | SWAFFORD |
| CME Name: | | First Name: | LEE | MI: |
| CME Signature: (Non-Formulary Only) | | DOB: | 8/20/1957 |
| Date: | 4/22/2015 | Institution: | SOL |
| | | Housing: | C 018 1000142L |

*CFILE, CC*

This form has been approved electronically by Rohrer, Jason@CDCR on 2015-04-22 15:28:55.

Move to Completed

CALIFORNIA MEN'S COLONY

## BASED ON THIS INMATE'S

_____ acute *medical* condition

___✓___ chronic *medical* condition

_____ temporary impairment or disability

_____ permanent impairment or disability

_____ acute *mental health* condition

_____ chronic *mental health* condition

_____ see 1845 (if applicable)

CMC's MEDICAL DEPARTMENT RECOMMENDS
## ACTIVITY RESTRICTIONS:

*movement / position*

_____ no prolonged standing (not longer than _____ minutes every _____ minutes)

_____ no prolonged sitting (not longer than _____ minutes every _____ minutes)

_____ no climbing

_____ no bending, stooping, or twisting

___✓___ no lifting over ___19___ pounds

_____ no crawling

_____ no prolonged walking (not more than _____ feet without resting)

_____ no use of [ R / L / both ] arm(s)

_____ no repetitive use of  [ R / L / both ] [ hands  /  arms ]

_____ restricted use of [ R / L / both ] arm(s)    Restrictions:_____

_____ no weight bearing  [ R / L ] leg

_____ limited weight bearing  [ R / L ] leg

_____ [ R / L ] leg / foot must be elevated as much as possible

_____ physical condition requires frequent rest periods in cell throughout day

_____ other _____

*environment*

_____ may not work around heat

_____ may not work around or use machinery

_____ may not work at heights

___✓___ lower bunk housing recommended

_____ other

_____ may not work with hands in water

_____ may not work outdoors

_____ may not work in dusty areas

## DURATION

**TEMPORARY**  (less than 6 months)  **OR**    **PERMANENT** (6 months or more)

_____ days  (more than 3 days)            _____ months

_____ weeks                               ___✓___ one year

_____ months

Upon expiration of this chrono the patient's status will revert to unrestricted, eligible for work unless the patient returns to the medical clinic for further evaluation and possible extension.

_9/8/11_ _____    _____    _____

_date signed_                 _start date (if different)_    _ordering physician signature_

INMATE ISSUED 2 COPIES _____ BY _DAC_

_date_    _initials_

**CMC**

*cc: Central File*

*Unit Health Record*

*Inmate Assignment LT*

*CCII, CCI*

**Duty Limitation**

CMC-MED-505 (3/02) 0282

INMATE NAME: _Swafford, w Lee_

CDC NUMBER: _D 25499_

DOB: _9/28/57_

HOUSING:

**MEDICAL** 5/8

**CDC 128C**

ATTACHMENT

RECEIVED
HCCAB
AUG 10 2018

# EXHIBIT COVER PAGE:

Exhibit ___J___

Description of this exhibit: *Failed to comply with Government Code section 905.2 (c), Submitted on September 20, 2018.*

Number of pages for this exhibit: _____

 CALIFORNIA DEPARTMENT OF
GENERAL SERVICES

Governor Edmund G. Brown Jr.

10/03/2018

Lee Swafford D25499
PO Box 4000
Vacaville, CA 95696

RE: Document 18008625 Received 09/20/2018 for Lee Swafford D25499

Dear Lee Swafford

The documents you submitted on 09/20/2018, failed to comply with Government Code section 905.2(c). If you wish to file a claim with the Government Claims Program (GCP), please submit the $25 filing fee by check or money order made payable to the Government Claims Program (GCP). If you are unable to pay the filing fee, you may provide a Filing Fee Waiver Request. The Filing Fee Waiver Request form can be downloaded from www.dgs.ca.gov/orim/Forms.aspx

IMPORTANT NOTICE:
In order for tort claims to be considered timely, they must comply with the requirements of Government Code sections 905.2(c), 910 and 910.2, and be presented within six months of the original date of incident (see Government Code Section 901 and 911.2). If you respond later than six months, but prior to one year from the original date of incident, you must apply without delay for leave to present a late claim (Government Code Sections 911.2 through 911.4, inclusive, 946.6).

In order for contract claims to be considered timely, they must comply with the requirements of Government Code sections 905.2(c), 910, and 910.2, and be presented within one year of the original date of incident (see Government Code Section 901 and 911.2).

The GCP has no jurisdiction over tort or contract claims presented more than one year from the date of incident.

If you are an inmate, we must receive the $25 filing fee or Filing Fee Waiver Request with a certified copy of your inmate trust fund account, before we can process your originally submitted documents

If you have questions about this matter, please feel free to contact GCP by phone, mail, or email using the contact information below. Please remember to reference the assigned claim number (18008625) in your communication.

Sincerely,

Government Claims Program
gcinfo@dgs.ca.gov

# EXHIBIT COVER PAGE:

Exhibit ___K___

Description of this exhibit: *Hip X-ray*

Number of pages for this exhibit: *1 of 1*

LEE SWAFFORD
D25499

Your hip x-ray is normal.

Jason Rohrer        May 01, 2018

# EXHIBIT COVER PAGE:

Exhibit _L_

Description of this exhibit: Degenerative disc
disease at L4-5 and L5-S1 X-ray.

Number of pages for this exhibit: _1 of 1_

C19-10-1L

LEE SWAFFORD
D25499


Your X-ray of the lumbosacral spine reveals degenerative disc disease at L4-5 and
L5-S1 levels.


Jason Rohrer        May 21, 2018

Name: SWAFFORD, LEE        1 of 1                    DOB: 08/20/57

# EXHIBIT COVER PAGE:

Exhibit _M_

Description of this exhibit: _Cervical degenerative disc disease X-ray._

Number of pages for this exhibit: _1 of 1_

LEE SWAFFORD
D25499

Your cervical X-ray reveals moderate degenerative disc disease.

Jason Rohrer          May 21, 2018

Name: SWAFFORD, LEE          1 of 1          DOB: 08/20/57

# PROOF OF SERVICE BY MAIL
## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:      California Sate Prison - Solano

Housing: _C - 14-10-1L_

P.O. Box 4000 _____

Vacaville, California 95696-4000

On the "date" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name:_____      Case #: _____

Document(s) Served: _____

_____

_____

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct. This declaration was

executed on _February 28 2019,_ in Vacaville, California

            "date"                    Signature: _____

                                      Printed Name: _Lee Swafford_

# PROOF OF SERVICE BY MAIL
## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:   California Sate Prison - Solano

Housing: _C-14-10-1L_

P.O. Box 4000 _____

Vacaville, California 95696-4000

On the "date" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: _Lee Swafford_      Case #: _____

Document(s) Served: _Complaint By A Prisoner Under The Civil Rights Act, 42 U.S.C. Section 1983 and Supportive documents_

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct.  This declaration was executed on _Feb. 28, 2019_, in Vacaville, California

        "date"      Signature: _____

                  Printed Name: _Lee Swafford_