UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE SWAFFORD<br><br>    Plaintiff,<br><br>    v.<br><br>R. NEUSHMID, et al.,<br><br>    Defendants. | No. 2:19-cv-0721 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed September 4, 2019, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 25. That order provided defendant the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendant now requests to opt out of the Post-Screening ADR Project and that the stay be lifted. ECF No. 27. Having reviewed the request, the court finds good cause to grant it. By separate order, the court will set a schedule for discovery and pretrial motions.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to opt out of the Post-Screening ADR Project (ECF No. 27) is GRANTED.

1

2. The stay of this action, commencing September 4, 2019 (ECF No. 25) is LIFTED.

IT IS SO ORDERED.

DATED: October 22, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE