UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE SWAFFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. NEUSHMID, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-0721 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for a thirty-day extension of time to serve discovery requests. ECF No. 31. He appears to request that all other deadlines also be extended accordingly. Id. at 2. Good cause appearing, the court will extend the discovery deadlines by thirty days. However, the pretrial motions deadline shall not be extended at this time.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 31) is granted in part.

2. The parties may conduct discovery until March 16, 2020. Any motions necessary to compel discovery shall be filed by March 16, 2020. All requests for discovery pursuant to Federal Rules of Civil Procedure 31 (deposition by written question), 33 (interrogatories), 34 (production of documents), or 36 (admissions) shall be served no later than January 16, 2020.

////

1

3. The May 8, 2020 pretrial motions deadline shall remain unchanged.

DATED: December 19, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE