UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE SWAFFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>R. NEUSHMID, et al.,<br><br>  Defendants. | No. 2:19-cv-0721 AC P<br><br>ORDER |

On May 15, 2020, defendant filed a motion for summary judgment. ECF No. 46. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation for dismissal without prejudice of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 22, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1