UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE SWAFFORD, | No. 2:19-cv-0721 AC P |
| Plaintiff, | |
| v. | ORDER |
| R. NEUSHMID, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed his opposition to defendants' motion for summary judgment. ECF No. 50. However, attached to the motion is a letter in which plaintiff states that he submitted his opposition without its supporting exhibits because he was unable to get copies of his exhibits before the deadline to respond, due to the restrictions in place as a result of the COVID-19 pandemic. ECF No. 50-1 at 1-2. Plaintiff further states that he will send the exhibits once his copies are received. Id. at 2. The court will construe plaintiff's letter as a request for an extension of time and it will be granted. Plaintiff is advised that in the future, if he is unable to meet a deadline, he should file a motion for extension of time asking the court for more time. The motion should explain what he needs more time to do, how much time he wants, and why he needs the extra time. The court also notes that defendant has not yet returned his election regarding magistrate judge jurisdiction (ECF No. 22) and he will be required to do so at this time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's letter regarding the status of his exhibits (ECF No. 50-1) is construed as a motion for an extension of time and is granted.

2. Within fourteen days of the service of this order, plaintiff shall file the exhibits to his opposition to defendant's motion for summary judgment.

3. Within ten days of the service of this order, defendant shall complete and return the form indicating whether he consents to or declines the jurisdiction of a magistrate judge (ECF No. 22).

DATED: July 14, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE