UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE SWAFFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. NEUSHMID, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0721 DAD AC P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 46, 65) |

　　　　Plaintiff Lee Swafford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 2, 2022, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion for summary judgment (Doc. No. 46) be granted. (Doc. No. 65.) The findings and recommendations were served upon all parties and contained notice that any objections were to be filed within fourteen (14) days. (*Id.* at 14.) Plaintiff filed timely objections to the pending findings and recommendations. (Doc. No. 66.)

　　　　In his objections, plaintiff argues that defendant disregarded his medical need for a lower bunk bed due to his chronic lower back pain, recent back surgery, and "severe orthopedic conditions of hips, knees, ankles, feet or upper extremity." (*Id.* at 7, 11–12.) Plaintiff notes that

1

he was receiving physical therapy and had previously received injections to assist with pain relief. (*Id.* at 7–8, 11.) Plaintiff contends that because defendant did not issue him a lower bunk accommodation was the cause of his fall from the top bunk bed, resulting in injury. (*Id.* at 8.) The undersigned finds plaintiff's arguments to be unpersuasive. The magistrate judge addressed the alleged facts upon plaintiff's objections are based in the pending findings and recommendations, and the undersigned agrees that the evidence submitted on summary judgment establishes that plaintiff's belief he should have been granted the requested accommodation amounts to a mere difference of opinion as to the proper course of medical treatment for his pain. (*See* Doc. No. 65 at 13.) That difference of opinion is insufficient to support a claim of deliberate indifference to serious medical needs in violation of the Eighth Amendment. *Toguchi v. Chung*, 391 F.3d 1051, 1058 (9th Cir. 2004) (a difference of opinion between an inmate and prison medical personnel regarding the appropriate course of treatment does not establish deliberate indifference to one's serious medical needs).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued August 2, 2022 (Doc. No. 65) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 46) is granted;
3. Judgement is hereby entered in favor of defendant; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 9, 2022**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE